# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY INNSBRUCK ALEXANDER,<br>    Plaintiff(s),<br>v.<br>BARBARA G. CEGAVSKE, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-02289-RFB-NJK<br><br>**Order** |

It appears that there is a dispute whether discovery should proceed at this juncture. Docket No. 26. The pendency of a motion to dismiss, standing alone, does not stay discovery. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Instead, a party seeking to stay discovery must file a motion addressing the applicable standards. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). To the extent Defendants seek to avoid discovery pending resolution of a motion to dismiss, they must file a motion to stay discovery by February 21, 2019. If such a motion is filed, discovery will be stayed on an interim basis until the motion to stay discovery is resolved. If such a motion is not filed, a discovery plan shall be filed by February 28, 2019.

    IT IS SO ORDERED.

    Dated: February 14, 2019

                                                          Nancy J. Koppe<br>                                                          United States Magistrate Judge