# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY INNSBRUCK ALEXANDER,

    Plaintiff(s),

v.

BARBARA G. CEGAVSKE, et al.,

    Defendant(s).

Case No.: 2:18-cv-02289-RFB-NJK

**Order**

[Docket Nos. 29, 30]

Pending before the Court are Defendants' motions to stay discovery pending resolution of the motion to dismiss. Docket Nos. 29, 30; *see also* Docket No. 5 (motion to dismiss); Docket No. 12 (joinder). Plaintiff filed a response. Docket No. 31. Having evaluated the applicable standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is proper in this case. Accordingly, the motions to stay discovery are GRANTED. In the event resolution of the motion to dismiss does not result in the termination of this matter, the parties shall submit a joint proposed discovery plan or joint status report within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: March 6, 2019

                                          Nancy J. Koppe
                                          United States Magistrate Judge